IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

KENNETH SHIRAH, SR.,

    Petitioner,

vs.                           CASE NO. 5:08cv309/RS-MD

BILL MCCOLLUM,

    Respondent.
_____/

## ORDER

Before me are the Magistrate Judge's Report and Recommendation (Doc. 13) and Petitioner's communication and response to Magistrate Judge's Report and Recommendation (Doc. 14), which shall be considered as objections. I have considered Petitioner's objections *de novo*.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is dismissed without prejudice for Petitioner's failure to comply with an order of the court.

3. The clerk is directed to close the file.

**ORDERED** on January 14, 2009.

/S/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**